UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DREW,<br><br>               Petitioner,<br><br>     v.<br><br>WARDEN, USP-ATWATER,<br><br>               Respondent. | Case No.: 1:23-cv-00194-SKO (HC)<br><br>ORDER GRANTING PETITIONER'S FIRST REQUEST FOR EXTENSION OF TIME<br><br>[Doc. 8]<br><br>[THIRTY-DAY DEADLINE] |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On April 12, 2023, Respondent filed a motion to dismiss the petition. (Doc. 7.) On April 26, 2023, Petitioner filed the instant notice concerning Respondent's response. (Doc. 8.) Petitioner indicates that as of April 18, 2023, he had not yet received Respondent's motion due to substantial delays within USP Atwater's mail system. He requests an extension of time to file a reply. Good cause having been presented, the Court hereby GRANTS Petitioner an extension of time of thirty (30) days to file a reply to Respondent's motion.

IT IS SO ORDERED.

Dated:   **April 27, 2023**                    /s/ *Sheila K. Oberto*
                                                             UNITED STATES MAGISTRATE JUDGE

1